UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-3347-mJ-white

UNITED STATES OF AMERICA

vs.

JAIME LENARD TAYLOR,

      **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes \_\_X\_\_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes \_\_X\_\_ No

                                            Respectfully submitted,

                                            WIFREDO A. FERRER
                                            UNITED STATES ATTORNEY

BY: _____
           RILWAN ADEDUNTAN
           Assistant United States Attorney
           Court No. 5502193
           99 Northeast 4th Street, 6th floor
           Miami, Florida 33132-2111
           Tel: (305) 961-9034
           Rilwan.Adeduntan@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JAIME LENARD TAYLOR,<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  16-3347-MJ-White<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 6, 2016 and August 11, 2016  in the county of  Miami-Dade  in the

Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 860(a) | Possession with intent to distribute a controlled substance |

This criminal complaint is based on these facts:
Please see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Terry Franckhauser, Special Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  09/30/2016

_____
*Judge's signature*

City and state:  Miami, Florida    Hon. Patrick A. White, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Terry Franckhauser (the "Affiant"), after being duly sworn, hereby states as follows:

1. I am employed by the Drug Enforcement Administration ("DEA"), as a Special Agent and have been so employed since February of 1999. I have participated in numerous investigations involving the importation and distribution of controlled substances and the possession and concealment of such controlled substances. As a Special Agent, I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States, who is empowered by law to conduct investigations of and make arrests for offenses enumerated in Title 21, United States Code, Sections 952(a), 841 (a)(1), 963, and 860.

2. The information contained in this Affidavit is submitted for the sole purpose of establishing probable cause to arrest Jaime Lenard TAYLOR for a violation of Title 21, United States Code, Sections 841(a)(1) and 860(a), that is, possession with intent to distribute a controlled substance, that is heroin and cocaine, within 1000 feet of real property comprising a housing facility owned by a public housing authority.

3. Because this Affidavit is being submitted for the limited purpose of establishing probable cause, it does not contain all of the information known to me and other law enforcement officers involved in this investigation. The facts and information contained in this Affidavit are based on my personal knowledge and observations, as well as upon information received in my official capacity from other individuals, including other law enforcement officers involved in this investigation, as well as my review of records, documents, and other physical items obtained during the course of this investigation.

4. As part of a DEA and the City of Miami Police Department ("MPD) investigation into the purchase, sale, and distribution of heroin and fentanyl in Miami-Dade County, on July 6, 2016, at approximately 4:30 p.m., a MDP officer working in an undercover capacity (hereinafter, the "UC") arrived at 820 NW 5th Avenue, Miami, Florida in an undercover vehicle. Once at 820 NW 5th Avenue, the UC was flagged down by an unknown black male (Subject 1), who asked the UC, "what you looking for?" The UC stated, "15 boy." Based on my professional training and experience, "15 boy" is slang for fifteen (15) baggies of heroin. Subject 1 then told a black male, later identified as Jamie Lenard TAYLOR, to provide the UC with heroin. TAYLOR was observed as he removed a plastic bag from a near-by tree trunk and removed several items from the bag. TAYLOR then approached the UC's undercover car and handed the UC fifteen (15) small baggies that were yellow tinted, with each baggie containing suspected heroin. In return, the UC handed TAYLOR one hundred and fifty dollars ($150.00).

5. Subsequent to the purchase, the fifteen (15) baggies of suspected heroin were recovered from the UC. The total weight was approximately 1.2 grams.

6. The location of the drug sale was found to be within one thousand (1000) feet of Miami-Dade County public housing complex and park.

7. On August 11, 2016, law enforcements assigned to the MPD Vice and Narcotics unit were conducting a surveillance of TAYLOR in the area of 820 NW 5th Avenue, Miami. While conducting the surveillance, law enforcements observed TAYLOR sitting on a table at Culmer Place Housing Complex. Shortly thereafter, law enforcements observed an unknown black male ("Subject 2") as he approached TAYLOR on a bicycle and engaged TAYLOR in a brief conversation. TAYLOR then stood up and walked over to an exterior wall of 820 NW 5th Avenue, Miami. Once at

the wall, law enforcements observed TAYLOR as he bent down toward the ground and retrieved a small plastic bag. TAYLOR removed several small items from the plastic bag and placed the plastic bag back on the ground. TAYLOR then walked back to Subject 2.

8. Subsequently, Subject 2 was observed by law enforcements as he handed TAYLOR an unspecified amount of money, and in exchange TAYLOR handed Subject 2 the small items that TAYLOR had retrieved from the plastic bag. Subject 2 then rode his bicycle away from the area, and TAYLOR returned to the table and sat down.

9. Based on law enforcements' observations and believing they had observed a narcotics transaction, law enforcements detained TAYLOR. During the search of the plastic bag that was seen by law enforcements, they discovered and seized fourteen (14) small baggies of suspected cocaine. As this was an ongoing investigation, TAYLOR was released pending further investigation.

10. Subsequent to the seizure, the fourteen (14) baggies of suspected cocaine were processed as evidence. The total weight of the suspected cocaine was approximately 4.8 grams.

11. The location of the drug sale was found to be within one thousand (1000) feet of Miami-Dade County public housing complex and park.

[Space left intentionally blank]

12.     Based on the foregoing facts, I submit that probable cause exits to believe that Jamie Lenard TAYLOR possessed with intent to distribute a mixture and substance containing a detectable amount of heroin and cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) within 1000 feet of real property comprising a housing facility owned by a public housing authority.

FURTHER AFFIANT SAYETH NAUGHT.

_____
TERRY FRANCKHAUSER SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

Subscribed to and sworn before me
at Miami, Florida, this 30th day of September, 2016.

_____
HON. PATRICK A. WHITE
UNITED STATES MAGISTRATE JUDGE