UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 16-20775-CR-SEITZ

UNITED STATES OF AMERICA

        Plaintiff,

vs.

JAMIE TAYLOR,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defense Counsel's CJA Voucher for Attorney's Fees.

**THE MATTER** was referred to United States Magistrate Judge Garber on July 14, 2017. A Report and Recommendation was filed on August 14, 2017 recommending payment in the amount of $14,861.40 as to voucher number 113C.0431926. The Court has conducted a de novo review of the entire file and notes that no objections to the Report were filed. Accordingly, it is

**ORDERED** that the Report and Recommendation of United States Magistrate Judge Barry L. Garber, is hereby Adopted and Approved. The Court Authorizes *payment in the amount of* **$14,851.40.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this /8th day of August, 2017.

                              PATRICIA A. SEITZ
                              UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Garber
        Thomas Risavy, Esq.
        CJA Administrator